# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK S. KAUFMAN and ) | |
| BARBARA O'NEILL, Individually, and ) | |
| BARBARA O'NEILL as Executor of the ) | |
| Estate of EDITH KAUFMAN, Deceased, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v.             ) | FILE NO. 1:10-CV-02399-RLV |
| ) | |
| SUNRISE SENIOR LIVING ) | |
| MANAGEMENT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(ii), hereby dismisses the above-styled action, with prejudice.

Respectfully submitted, this 28th day of August, 2013.

| | |
|---|---|
| */s/ Jennifer A. Kurle* | */s/ Christian J. Lang* |
| William Q. Bird | David C. Marshall |
| Georgia Bar No. 057900 | Georgia Bar No. 435437 |
| Jennifer A. Kurle | Christian J. Lang |
| Georgia Bar No. 140812 | Georgia Bar No. 435437 |
| | |
| Bird Law Group, P.C. | Hawkins, Parnell, Thackston & |
| 2170 Defoor Hills Road | Young, LLP |
| Atlanta, GA 30309 | 4000 SunTrust Plaza |
| (404) 873-4696 | 303 Peachtree St., N.E. |
| | Atlanta, GA 30308 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the within and forgoing *STIPULATION OF DISMISSAL* with the Clerk of Court by using the CM/ECF system which automatically sends email notification of such filing to counsel of record:

> David C. Marshall
> Christian J. Lang
> Hawkins, Parnall, Thackston & Young, LLP
> 4000 SunTrust Plaza
> 303 Peachtree St., N.E.
> Atlanta, GA 30308

This 28th day of August, 2013.

> /s/ Jennifer A. Kurle
> Jennifer A. Kurle
> Georgia Bar No. 140812